FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

JUN 0 6 2018

BY
DEPUTY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 9:18CR 20 |
| | § | |
| v. | § | JUDGE Clark-Giblin |
| | § | |
| MARIO OBDULIO ORELLANA | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

> Violation: 18 U.S.C. § 911 (False
> representation of United States
> citizenship)

On or about January 1, 2016, in the Eastern District of Texas, the defendant,

**Mario Obdulio Orellana**, an alien in the United States, falsely and willfully represented

himself to be a citizen of the United States.

In violation of 18 U.S.C. § 911.

**Count Two**

> Violation: 18 U.S.C. § 1542 (False
> statement in application for passport)

On or about October 6, 2017 in the Eastern District of Texas, and elsewhere, the

defendant, **Mario Obdulio Orellana**, willfully and knowingly made a false statement in

an application for a passport with intent to induce and secure for his own use the issuance

of a passport under the authority of the United States, contrary to the laws regulating the

Indictment - Page 1

issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was a United States citizen, which statement he knew to be false.

In violation of 18 U.S.C. § 1542.

## Count Three

Violation: 18 U.S.C. § 911 (False representation of United States citizenship)

On or about October 6, 2017, in the Eastern District of Texas, the defendant, **Mario Obdulio Orellana**, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States.

In violation of 18 U.S.C. § 911.

## Count Four

Violation: 42 U.S.C. § 408(a)(7)(A) (Use of unauthorized Social Security number)

On or about October 6, 2017, in the Eastern District of Texas and elsewhere, **Mario Obdulio Orellana**, defendant, did knowingly and willfully and with intent to deceive, did use Social Security Account Number ***-**-4643, that had been assigned by the Commissioner of Social Security to him on the basis of false information furnished to the Commissioner of Social Security by him or any other person, for the purpose of obtaining a benefit to which he is not entitled or some other purpose.

All in violation of 42 U.S.C. § 408(a)(7)(A).

**Indictment - Page 2**

<u>**Count Five**</u>

Violation: 52 U.S.C. § 20511(Voter fraud)

On or about November 8, 2016 in the Eastern District of Texas, the defendant, **Mario Obdulio Orellana**, did knowingly and willfully deprive, defraud, or attempt to deprive or defraud the residents of the State of Texas of a fair and impartially conducted election process, by the procurement, casting, or tabulation of a ballot that was known by him to be materially false, fictitious, or fraudulent under the laws of the State of Texas.

In violation of 52 U.S.C. § 20511 (formerly 42 U.S.C. § 1973gg-10).

**<u>NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE</u>**
**<u>Criminal Forfeiture Pursuant to 18 U.S.C. §982(a)(6)(A)(i) and (ii)(I) and (II)</u>**

As the result of committing the offenses alleged in Count Two of this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. §982(a)(6)(A)(i) and (ii)(I) and (II); , all property, real or personal, that constitutes or is derived from proceeds traceable to the aforementioned offense.  All such property is forfeitable to the United States, that is:

a.  Any and all fraudulent and fraudulently obtained documents or means of identification, whether expired or not, including, but not limited to:

   i.  United States passports, Social Security cards, birth certificates, and Texas drivers licenses issued to the defendant.

All pursuant to 18 U.S.C. §982(a)(6)(A)(i) and (ii)(I) and (II).

Indictment - Page 3

A TRUE BILL

_____
GRAND JURY FOREPERSON


JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
LAUREN GASTON
Assistant United States Attorney
415 S. First Street, Suite 201
Lufkin, Texas  75901
Bar Card No. 24050647

Date ____6|6|2018_____

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

UNITED STATES OF AMERICA        §
                                §    NO. 9:18CR 20
                                §
                                §
v.                              §    JUDGE _____
                                §
MARIO OBDULIO ORELLANA          §

## NOTICE OF PENALTY

### Counts One and Three

Violation:              18 U.S.C. § 911 (False representation of United States citizenship)

Penalty:                Imprisonment of not more than 3 years, a fine of not more than $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both, and a term of supervised release of not more than one (1) year.

Special Assessment:     $100.00

### Count Two

Violation:              18 U.S.C. § 1542 (False statement in application for passport)

Penalty:                Imprisonment of not more than 10 years, a fine of not more than $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both, and a term of supervised release of not more than three (3) years.

Special Assessment:     $100.00

### Count Four

Violation:              42 U.S.C. § 408(a)(7)(A) (Use of an unauthorized Social Security Number)

Indictment – Page 5

Penalty: Imprisonment of not more than 5 years, a fine of not more than $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both, and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### **Count Five**

Violation: 52 U.S.C. § 20511 (Voter fraud)

Penalty: Imprisonment of not more than 5 years, a fine of not more than $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both, and a term of supervised release of not more than three (3) year.

Special Assessment: $100.00

Indictment - Page 6