IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 9:18-CR-20 |
| | § | |
| MARIO OBDULIO ORELLANO | § | |

## DECLARATION OF PUBLICATION

Pursuant to the Court's Preliminary Order of Forfeiture entered on October 9,

2018, Notice of Criminal Forfeiture was posted on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days, beginning on October 19, 2018,

and ending on November 17, 2018 pursuant to 21 U.S.C. § 853(n)(1) and the Attorney

General's authority to determine the manner of publication of an Order of forfeiture in a

criminal case.

Respectfully submitted,

JOSEPH D. BROWN
ACTING UNITED STATES ATTORNEY

/s/
LAUREN GASTON
Assistant United States Attorney
Texas Bar No. 24050647
Eastern District of Texas
415 S. First Street, Suite 201
Lufkin, Texas 75901
(936) 639-4003- phone
936-639-4033 - fax
lauren.gaston@usdoj.gov

**Declaration of Publication – Page 1**

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing instrument was served on counsel of record via the Court's CM/ECF filing system on February 8, 2019.

*/s/*_____
LAUREN GASTON
Assistant United States Attorney